IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| HARVIS BOLDEN, JR., | * | |
| Plaintiff, | * | |
| v. | * | CV 615-084 |
| S.A.B.E., | * | |
| Defendant. | * | |

**O R D E R**

A review by the Court reveals that this case is ready for trial.[1] In preparation for trial, the Court **ORDERS** each party to file with the Clerk of this Court a separate proposed pretrial order. Each proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON MONDAY, JUNE 4, 2018**. The form of the proposed pretrial order is attached to this order and can be located at the Court's website www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Consolidated Pretrial Orders – Other Judges." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions

---

[1] Plaintiff filed a second motion for summary judgment on October 10, 2017. (Doc. 36.) This Court's scheduling order, however, states that the last day for filing all civil motions excluding motions in limine was March 20, 2017. (Doc. 28.) Because Plaintiff has not demonstrated "good cause," the Court **DENIES** as untimely Plaintiff's second motion for summary judgment (doc. 36). Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements of this Order in the same manner as counsel.

All evidentiary objections and motions in limine that have not been resolved prior to the pretrial conference shall be submitted in writing **BY THE CLOSE OF BUSINESS ON MONDAY, JUNE 18, 2018**. All responses thereto shall be submitted **BY THE CLOSE OF BUSINESS ON MONDAY, JULY 2, 2018**.

The Clerk has scheduled the pretrial conference for **MONDAY, JULY 30, 2018 at 2:00 p.m. EDT** at the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. Jury selection and trial is scheduled for **TUESDAY, JULY 31, 2018 at 9:00 a.m. EDT** at the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial orders. All trial exhibits (in paper or digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference. Lead counsel for each party **MUST** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia this 27th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA