IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| HARVIS BOLDEN, JR., | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CV 615-084 |
| S.A.B.E., | * | |
| Defendant. | * | |

**O R D E R**

Pending before the Court is Plaintiff's motion to seal. (Doc. 53.) Plaintiff seeks to file under seal a motion for entry of default that is necessarily related to his sealed motion to enforce the settlement agreement. On October 22, 2018, the Court directed the parties to file under seal all documents related to the motion to enforce the settlement agreement. (Doc. 47.)

Accordingly, the Court finds good cause to seal has been shown and **GRANTS** Plaintiff's motion to seal. (Doc. 53.) Further, the Court **ORDERS** that Plaintiff's motion for entry of default be filed **UNDER SEAL**. All replies and responses are further directed to be filed under seal.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA